**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Oklahoma | Voluntary Petition |
| --- | --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**ENGLISH, TODD WILLIAM** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**ENGLISH, BILLIE DELL** |
| --- | --- |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**fdba GARDEN APARTMENTS AT BROOKSIDE** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**fka BILLIE DELL SEDERSTEN** |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): **5482** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): **4751** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**628 S Poplar St<br>Sapulpa, OK  74066-5110** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**628 S Poplar St<br>Sapulpa, OK  74066-5110** |
| County of Residence or of the<br>Principal Place of Business:     **Creek** | County of Residence or of the<br>Principal Place of Business:     **Creek** |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 1007<br>Sapulpa, OK  74067-1007** | Mailing Address of Joint Debtor (if different from street address):<br>**PO Box 1007<br>Sapulpa, OK  74067-1007** |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
| --- |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply)<br>☑ Individual(s)       ☐ Railroad<br>☐ Corporation       ☐ Stockbroker<br>☐ Partnership       ☐ Commodity Broker<br>☐ Other _____       ☐ Clearing Bank | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box)<br>☑ Chapter 7       ☐ Chapter 11       ☐ Chapter 13<br>☐ Chapter 9       ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| --- | --- |
| **Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business       ☑ Business | **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
| --- | --- | --- | --- | --- | --- | --- |
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

VOLUNTARY PETITION

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**(Official Form 1) (12/03)** FORM B1, Page 2

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **ENGLISH, TODD WILLIAM & ENGLISH, BILLIE DELL** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ TODD W. ENGLISH**
Signature of Debtor                    **TODD W. ENGLISH**

X **/s/ BILLIE D. ENGLISH**
Signature of Joint Debtor             **BILLIE D. ENGLISH**

Telephone Number (If not represented by attorney)

**July 1, 2004**
Date

**Signature of Attorney**

X **/s/ J. SCOTT McWILLIAMS**
Signature of Attorney for Debtor(s)

**J. SCOTT McWILLIAMS O.B.A. # 11676**
Printed Name of Attorney for Debtor(s)

**J. SCOTT McWILLIAMS, P.C.**
Firm Name

**1612 SOUTH CINCINNATI AVE**
Address

**TULSA, OK  74119**

**(918) 583-8197**
Telephone Number

**July 1, 2004**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)                              Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

VOLUNTARY PETITION

```
AMERICAN WASTE CONTROL INC
1420 W 35TH ST
TULSA OK   74107-3814


ARVEST BANK
C/O WORKS & LENTZ INC
1437 S BOULDER AVE STE 900
TULSA OK   74119-3618


AT& T UNIVERSAL CARD
PO BOX 44167
JACKSONVILLE FL   32231-4167


BANK OF AMERICA
PO BOX 5270
CAROL STREAM IL   60197-5270


BANK ONE NA
HOME LOAN SERVICES
COLUMBUS OH   43271-0001


C & M ENTERPRISES
C/O DANNY WILLIAMS
12150 E 96TH ST N STE 202
OWASSO OK   74055-5340


CFI RESORTS MGMT CO
2801 PROFESSIONAL PKWY
OCOEE FL   34761-2965


CITY OF TULSA
Attn:  Bankruptcy
Utilities Services
Tulsa OK   74187-0001
```

```
COUNTRYWIDE MORTGAGE
PO BOX 660694
DALLAS TX  75266-0694


FSP CASH MGMT
FAIRFIELD RESORTS INC
PO BOX 98940
LAS VEGAS NV  89193-8940


MITSUBISHI MOTOR CREDIT
PO BOX 0555
CAROL STREAM IL  60132-0001


SST INC
PO BOX 894755
LOS ANGELES CA  90189-4755


STAGE
PO BOX 660297
DALLAS TX  75266-0297


TRANSOUTH
PO BOX 1473
MINNEAPOLIS MN  55440-1473


WELLS FARGO HOME MTG INC
1775 PYRAMID PL STE 105
MEMPHIS TN  38132-1717
```

**United States Bankruptcy Court**
**Northern District of Oklahoma**

**IN RE:**                                                      Case No. _____

ENGLISH, TODD WILLIAM & ENGLISH, BILLIE DELL _____    Chapter **7** _____
                         Debtor(s)

### VERIFICATION AS TO OFFICIAL MAILING MATRIX

☑ Original    ☐ Amendment

I hereby certify under penalty of perjury that the Official Mailing Matrix submitted either on computer diskette or CD ROM is a true, correct and complete listing to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

Official Mailing Matrix submitted via:

(a) ✓ computer diskette(s) listing a total of _____ **15** creditors; or

(b) ____ CD ROM(s) listing a total of _____ creditors.

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

/s/ TODD W. ENGLISH _____
Debtor

/s/ BILLIE D. ENGLISH _____
Joint Debtor

/s/ J. SCOTT McWILLIAMS _____
Attorney

Date: **July 1, 2004** _____

*[Check if applicable]* ____ Creditor(s) with foreign addresses included

**United States Bankruptcy Court**
**Northern District of Oklahoma**

**IN RE:**                                                      Case No. _____

ENGLISH, TODD WILLIAM & ENGLISH, BILLIE DELL _____   Chapter **7** _____
_____
                              Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**991.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**991.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**0.00**

2.  The source of the compensation paid to me was:  ☑ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is:  ☐ Debtor  ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters~~;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

<table>
<tr><td align="center">CERTIFICATION</td></tr>
</table>

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**July 1, 2004**_____          **/s/ J. SCOTT McWILLIAMS**_____
                    Date                                                   Signature of Attorney

                                                 **J. SCOTT McWILLIAMS, P.C.**_____
                                                              Name of Law Firm

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only